IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03321-CBS

SHARON L. NAVARRO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order signed by the Honorable Craig B. Shaffer, on February 10, 2016, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final decision is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Sharon L. Navarro.  It is

FURTHER ORDERED that this civil action is DISMISSED with each party to bear her own attorney fees and costs.

DATED at Denver, Colorado this 11th  day of February, 2016.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                s/ N. Marble
                N. Marble,
                Deputy Clerk